### L. B. PEYTON v. STATE.
No. A-1347.   Opinion Filed February 3, 1912.
Opinion on Rehearing Filed March 29, 1912.

Appeal from Delaware County Court; W. C. Hall, Judge.

L. B. Peyton was convicted of violating the prohibitory law, and appeals.   Affirmed.

G. W. Goad and J. G. Austin, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted in the county court of Delaware county at the July, 1911, term, on a charge of selling intoxicating liquor, and his punishment fixed at a fine of one hundred and fifty dollars and confinement in the county jail for a period of six months.   Finding no error sufficient to justify a reversal, the judgment of the trial court is affirmed.

### OPINION ON REHEARING.
PER CURIAM.   We have carefully gone over the record again in this case upon request of counsel in their petition for rehearing. Our attention has been drawn to certain portions of the record which indicate that the jury improperly considered matters not in evidence. The proof in the record, however, clearly sustains the conviction.   But these matters pointed out in petition for rehearing, to wit, that certain

jurors knew of trouble between the accused and his wife wherein he was alleged to have assaulted her in all reasonable probability influenced the jury in fixing the punishment, which was a fine of one hundred and fifty dollars and imprisonment for six months. In view of the disclosures in the record, we are impelled to the conclusion that substantial justice requires a modification of the judgment. Upon the payment of the fine and costs in cash, the jail sentence is modified and reduced to sixty days in the county jail. The judgment as so modified is affirmed. Mandate is ordered forthwith.